IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHERI L. HASTINGS,

      Petitioner,

v.

Case No.  5D22-0076
LT Case Nos. 2020-CF-314-AXMX
               2020-CF-313-AXMX
               2020-CF-316-AXMX
               2020-CF-315-AXMX
               2019-CF-2037-AXMX

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed May 13, 2022

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Cheri L. Hastings, Ocala, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

Cheri Hastings seeks a belated appeal of her judgments and sentences in case numbers 2020-CF-314-AXMX, 2020-CF-313-AXMX, 2020-CF-316-AXMX, 2020-CF-315-AXMX, and 2019-CF-2037-AXMX. Hastings alleges that she timely requested her trial counsel to file an appeal and counsel failed to do so.

Having appointed a commissioner who rendered a report following an evidentiary hearing, we grant Hastings' request for a belated appeal.

PETITION GRANTED.

COHEN, SASSO and EISNAUGLE, JJ., concur.